UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 17-5868-MWF (KS)                                       Date: October 22, 2018
Title   *Natalio Trevizo v. S. Webster et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 8, 2017, Plaintiff, a prisoner incarcerated at the Federal Correctional Institution at Lompoc, California ("FCI-Lompoc") and proceeding *pro se*, filed a civil rights complaint pursuant to *Bivens v. Six Unnamed Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), concerning, *inter alia*, Plaintiff's exposure to, and contraction of, an infectious medical disease and his subsequent medical treatment. (Dkt. No. 1.) On July 31, 2018, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint correcting the defects identified by the Court no later than August 30, 2018. (Dkt. No. 19.) On August 30, 2018, Plaintiff filed a First Amended Complaint (the "FAC"). (Dkt. No. 23.) On September 6, 2018, the Court dismissed the First Amended Complaint and ordered Plaintiff to file a Second Amended Complaint within 30 days, *i.e.*, no later than October 6, 2018, and warned Plaintiff that his failure to do so could result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Dkt. No. 25.)

On September 10, 2018, Plaintiff sent the Clerk a document entitled "Power of Attorney," which did not reference the case caption, case number, or any of the factual allegations of Plaintiff's earlier pleadings, and the Court ordered the document rejected and returned. (Dkt. No. 26.) More than two weeks have passed since Plaintiff's Second Amended Complaint was due, and Plaintiff has not filed the Second Amended Complaint, notified the Court of a change of address, or otherwise communicated with the Court about this case.

Case No.   CV 17-5868-MWF (KS)                                      Date: October 22, 2018
Title   *Natalio Trevizo v. S. Webster et al*

     Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's September 6, 2018 Order.

     However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 12, 2018**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's September 6, 2018 order; or (2) a Second Amended Complaint. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

     **Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

     **IT IS SO ORDERED.**

                                                               :
**Initials of Preparer**   gr