JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NATALIO TREVIZO, | ) | NO. CV 17-5868-MWF (KS) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| SCOTT WEBSTER, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1